CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
NOV 0 7 2005
JOHN F. CORCORAN, CLERK
BY:
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHAEL I. LAWRENCE,<br>    Plaintiff, | Misc. Case 7:05-mc- 00054 |
| v. | **MEMORANDUM OPINION** |
| COMMONWEALTH OF VIRGINIA,<br>    Defendant. | By: Hon. James C. Turk<br>Senior United States District Judge |

Plaintiff Michael I. Lawrence, a Virginia inmate proceeding pro se, brings this action under 18 U.S.C. § 3600 as a "Motion for Investigation and Post Conviction DNA Testing." The court has jurisdiction over the matter, pursuant to 28 U.S.C. § 1331. Upon review of the motion, however, the court concludes that the action must be filed as a miscellaneous action and dismissed without prejudice, as Lawrence has no standing to pursue a motion under § 3600.

Section 3600(a) provides that an individual under a sentence of imprisonment or death for a federal offense may file a written motion in the federal court where he was convicted to seek post conviction DNA testing of evidence from certain criminal proceedings. An applicant can move for DNA testing of evidence related to a state conviction only if evidence of that state offense was admitted during a federal death sentencing hearing, the applicant asserts actual innocence of the state offense, and exoneration would entitle the applicant to a reduced sentence or a new sentencing hearing in the federal capital case. § 3600(a)(1)(B).

The facts of Lawrence's case do not meet these conditions. Lawrence seeks to obtain DNA testing of certain physical evidence related to criminal convictions and sentences entered against him in 1999 in the Circuit Court for Louisa County, Virginia, for burglary and rape. He does not demonstrate, however, that evidence of these convictions was admitted against him in any federal

criminal sentencing proceeding. Furthermore, records do not indicate that Lawrence is under any sentence of imprisonment or death for a federal offense at this time as is required for him to apply for relief under § 3600(a).

As the court cannot find that Lawrence is entitled to the relief he seeks, the court will file his motion for administrative purposes only and dismiss it without prejudice. An appropriate order shall be issued this day.

ENTER: This 7th day of November, 2005.

*/s/ James C. Turk*
Senior United States District Judge