IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 07 2005

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| MICHAEL I. LAWRENCE,           ) | |
|     Plaintiff,                              ) | Misc. Case 7:05-mc- 00054 |
|                                                 ) | |
| v.                                              ) | **DISMISSAL ORDER** |
|                                                 ) | |
| COMMONWEALTH OF VIRGINIA, ) | By: Hon. James C. Turk |
|     Defendant.                          ) | Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the "Motion for Investigation and Post Conviction DNA Testing," pursuant to 18 U.S.C. § 3600, is hereby **FILED** for administrative purposes only as a miscellaneous case and is hereby **DISMISSED** without prejudice and stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 8th day of November, 2005.

/s/ James C. Turk
Senior United States District Judge